## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ALFREDA MOORE**                                                    **PLAINTIFF**

**VS.**                                        **CAUSE NO.: 1:25CV332 HSO-BWR**

**MICHAEL L. SHULAR**                                                **DEFENDANT**

---

## NOTICE OF SERVICE

---

COMES NOW, Defendant, Exit 34 A LLC d/b/a Holiday Inn Gulfport – Airport (misnamed as "Michael L. Shular"), by counsel, has served a true and correct copy of the following to all counsel of record:

1.    *Defendant's First Set of Interrogatories propounded to Alfreda Moore*

2.    *Defendant's First set of Requests for Production of Documents propounded to Alfreda Moore*

The undersigned retains the original(s) of the above as custodian thereof.

Respectfully submitted,

EXIT 34 A LLC D/B/A HOLIDAY INN – AIRPORT

BY: *s/ G. Weathers Virden, Jr.*
        OF COUNSEL

G. Weathers Virden, Jr., Esq. (MSB #105200)
CHARTWELL LAW
P.O. Box 3268
Ridgeland, Mississippi 39158-3268
Office: (601) 277-6758
Facsimile: (610) 666-7704
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I, G. Weathers Virden, Jr., of counsel for Defendant, hereby certify that I have electronically filed via ECF/PACER a true and correct copy of the above and foregoing *Notice of Service* which has sent notification to the all counsel of record:

THIS, the 19th day of January 2026.

BY:  *s/ G. Weathers Virden, Jr.*
G. Weathers Virden, Jr.

.